# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**KENNETH LYNN FRANKLIN**  PLAINTIFF

v.  CASE NO. 2:16-CV-00799 BSM

**NANCY A. BERRYHILL, Acting Commissioner**
**Social Security Administration**  DEFENDANT

## ORDER

The recommended disposition [Doc. No. 17] filed by United States Magistrate Judge J. Thomas Ray and plaintiff Kenneth Franklin's objection [Doc. No. 18] have been received. After *de novo* review of the record, the recommended disposition is hereby adopted in its entirety. Accordingly, the Commissioner's decision is affirmed and Franklin's complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 9th day of March 2018.

_____
UNITED STATES DISTRICT JUDGE